

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CM/ECF APPLICATION FORM**
**SELF-REPRESENTED PARTY**

Case Name: Wong et al, vs. Fagan et al

Case Number: 3:22-1714

As a self-represented party, non-prisoner, you may apply for a user account, which will allow you to file documents electronically with the Court through CM/ECF and PACER and receive electronic service via e-mail from CM/ECF when documents are filed in your case. Applying to e-file constitutes consent to electronic service of documents. By checking the appropriate box on page 2 of this application form, you may opt out of receiving electronic service if your application is denied.

**ANY REQUEST FOR E-FILING PRIVILEGES MUST BE APPROVED BY THE COURT.** You will be notified by e-mail whether your application is granted.

If this application is approved by the Court, you will be a Registered User pursuant to Local Rule 5-1(a)(2) and are required to abide by the requirements and conditions for CM/ECF and PACER as explained on the following pages. Approval to e-file or receive service electronically may be discontinued by the Court at any time.

---

**IMPORTANT**

**DO NOT apply if:**

- **You are in prison. E-filing for self-represented parties is available only to non-prisoners. If you become incarcerated during the pendency of your case, any approval to e-file or receive service electronically through CM/ECF will be discontinued.**

- **You are unable or unwilling to abide by any of the applicable requirements.**

---

Information about electronic filing is available on the Court's website at ord.uscourts.gov, and you may call the Clerk's Office for assistance with questions about this application (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777).

Note: Clerk's Office staff are prohibited from giving any legal advice regarding your case.

---

U.S. District Court – Oregon

[Rev. 1/2020]

CM/ECF Application Form
Self-Represented Party
Page 1 of 2

**Registrant Information**

| | |
|---|---|
| **Case Name:** Wong et al, vs. Fagan et al <br> **Case Number:** 3:22-cv-1714 | **Instructions:** Review the District of Oregon CM/ECF User Manual and the PACER Training section for District Courts before completing and submitting this form. |
| **Name:** Mei Y Wong <br> *(first, middle initial, last)* <br> **Telephone:** (503)781-1695 <br> **E-mail:** danaandmei2@gmail.com | **Address:** 13202 SE 172nd Ave., Suite 166 <br> No. 749 <br> Happy Valley, OR 97086 |

☑ Opt out: If my CM/ECF Application is denied, I do not want to receive electronic service of filings and notice via CM/ECF.

☑ I certify that I have reviewed the District of Oregon CM/ECF User Manual and the PACER Training section for District Courts on the PACER website.

☐ I have been previously approved for e-filing by the District of Oregon in case no.: _____

By physically or electronically signing this form, I agree to abide by the requirements and conditions of CM/ECF and PACER, as set forth in the CM/ECF User Manual and PACER Training section for District Courts.

**Signature:** s/ *Mei Wong*    **Date:** 11/09/2022

E-mail this form to the Court by clicking "Submit by E-mail" below, which sends the form directly to admissions@ord.uscourts.gov.

**Submit by E-mail**