IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEI WONG; DANA HINDMAN-ALLEN,     No. 3:22-cv-01714-SB

            Plaintiffs,     ORDER

    v.

SHEMIA FAGAN; DEBORAH SCROGGIN;
ALMA WHALEN; BOB ROBERTS;
SHERRY HALL; REBEKAH DOLL;
CLACKAMAS COUNTY CLERK'S OFFICE;
and THE OFFICE OF THE SECRETARY OF
THE STATE OF OREGON,

            Defendants.

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation on June 30, 2023, in which she recommends that this Court dismiss Plaintiffs' Complaint with prejudice. F&R,

1 - ORDER

ECF 25. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiffs filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 27. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiffs' objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [25]. Therefore, Defendants' Joint Motion to Dismiss [13] is GRANTED.

IT IS SO ORDERED.

DATED: September 4, 2023.

_Marco Hernandez_
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER