IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MEI WONG; DANA HINDMAN-ALLEN, | No. 3:22-cv-01714-SB |
| Plaintiffs, | JUDGMENT |
| v. | |
| SHEMIA FAGAN; DEBORAH SCROGGIN; ALMA WHALEN; BOB ROBERTS; SHERRY HALL; REBEKAH DOLL; CLACKAMAS COUNTY CLERK'S OFFICE; and THE OFFICE OF THE SECRETARY OF THE STATE OF OREGON, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED:    September 4, 2023    .

MARCO A. HERNANDEZ
United States District Judge

1 – JUDGMENT