RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 0 3 2024

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

FILED_____
DOCKETED_____
DATE   INITIAL

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:22-cv-01714-SB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: November 4, 2022

Date of judgment or order you are appealing: 6/30/2023 and 9/4/2023

Docket entry number of judgment or order you are appealing: 29

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Mei Wong; Dana Hindman-Allen

Is this a cross-appeal?  ○ Yes   ● No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes   ● No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

c/o 13203 SE 172nd Avenue

Suite 166, No. 749

City: Happy Valley     State: OR     Zip Code: 97086

Prisoner Inmate or A Number (if applicable): 

Signature: /s/ Mei Wong     Date: 12/28/2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Mei Wong; Dana Hindman-Allen

Name(s) of counsel (if any):

N/A

Address: N/A

Telephone number(s): N/A

Email(s): N/A

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

SHEMIA FAGAN, DEBRA SCROGGIN, ALMA WHALEN, BOB ROBERTS, SHERRY HALL, REBEKAH DOLL, CLACKAMAS COUNTY CLERK'S OFFICE, THE OFFICE OF THE SECRETARY OF THE STATE OF OREGON

Name(s) of counsel (if any):

ELLEN F. ROSENBLUM, BRIAN SIMMONDS MARSHALL, BIJAL C. PATEL

Address: 100 SW MARKET STREET, PORTLAND, OR 97201

Telephone number(s): (971) 673-1880

Email(s): Brian.S.Marshall@doj.state.or.us; Bijal.C.Patel@doj.state.or.us

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                1                           New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

| Same as Form 6, Page 1 |

Name(s) of counsel (if any):

| N/A |

Address: N/A

Telephone number(s): N/A

Email(s): N/A

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

| Same as Pg. 1 of Form 6 |

Name(s) of counsel (if any):

| STEPHEN L. MADKOUR; SARAH FOREMAN |

Address: 2051 KAEN ROAD, OREGON CITY, OR 97045-1819

Telephone number(s): 503-655-8362

Email(s): smadkour@clackamas.us; sforeman@clackamas.us

Name(s) of party/parties:

| N/A |

Name(s) of counsel (if any):

| N/A |

Address: N/A

Telephone number(s): N/A

Email(s): N/A

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                     *2*                     *New 12/01/2018*

☐ PRIORITY ☒ CERTIFIED ☐ REGISTERED MAIL ☐ FILED WITH COURT ☐ EMAIL/FAX.
USPS TRACKING NUMBER: 7022 2410 0003 5263 2902
EMAIL ADDRESS/FAX NUMBER: _____

DATE:     December 27, 2023

TO:       MOLLY DWYER, CLERK OF COURT
          OFFICE OF THE CLERK
          U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
          P.O. BOX 193939
          SAN FRANCISCO, CA 94119-3939

FROM:     Mei Wong
          Dana Hindman-Allen
          c/o 13203 SE 172nd Avenue, Suite 166, No. 749
          (City of) Happy Valley,
          (State of) Oregon
          Near [97086]

RE:       NOTICE OF APPEAL

Greetings, Ms. Dwyer:

    It is our sincere hope that this correspondence finds you well and we thank you for your attention to our matter of appeal. The attached document is correspondence from the Supreme Court of the United States regarding our filed Writ of Certiorari wherein we were noticed and recommended to first file an appeal with the United States Court of Appeals.

    We apologize for any oversight and/or inconvenience of "skipping a step" in procedure. This matter has weighed heavily upon us, and the people of Oregon, in this most urgent and necessary pursuit of justice and we humbly ask the Court's mercy and grace to accept our Notice of Appeal in equity and good faith.

Respectfully and Sincerely,

_____          _____
Mei Wong, Candidate                Dana Hindman-Allen, Candidate
Metro District 2                   Clackamas County Commissioner
meiwongformetro@gmail.com          danafororegon@yahoo.com

Without Recourse                   Without Recourse
Without Prejudice                  Without Prejudice
All Rights Retained.               All Rights Retained.

WITNESSED 12/29/2023
WMM-B 12[...] NOTARY PUBLIC OREGON
COMMISSION EXPIRES 10/30/2027

NOTICE OF APPEAL

OFFICIAL STAMP
William Bernard Rohlfing
NOTARY PUBLIC - OREGON
COMMISSION NO. 1042300
MY COMMISSION EXPIRES 10/30/2027

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

November 27, 2023

Mei Wong
13203 SE 172 Ave.
Suite 166 No. 749
Happy Valley, OR 97086

    RE: Wong, et al. v. Fagan et al.
        USDC OR No. 3:22-cv-01714-SB

Dear Ms. Wong:

    The above-entitled petition for a writ of certiorari was postmarked November 17, 2023 and received November 21, 2023. The papers are returned for the following reason (s):

    Your case must first be appealed to a United States court of appeals. 28 USC 1254.

    Your check in the amount of $300 is returned herewith.

                                  Sincerely,
                                  Scott S. Harris, Clerk
                                  By:
                                  Rashonda Garner
                                  (202) 479-3025

Enclosures

MEI WONG, DANA HINDMAN-ALLEN
13203 SE 172nd Ave., Suite 166, No. 749
Happy Valley, OR 97086

7022 2410 0003 5263 2902

CERTIFIED MAIL

MOLLY DWYER, CLERK OF COURT
OFFICE OF THE CLERK
US COURT OF APPEALS FOR THE
NINETH CIRCUIT
PO Box 193939
San Francisco, CA 94119-3939

94119-393939

