| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 18 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MEI WONG and DANA HINDMAN-ALLEN,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>SHEMIA FAGAN, et al.,<br><br>        Defendants - Appellees. | No. 24-77<br><br>D.C. No.<br>3:22-cv-01714-SB<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: WARDLAW, PAEZ, and NGUYEN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the January 3, 2024 notice of appeal was not filed in the district court within 30 days after the district court's judgment entered on September 5, 2023.  See 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional); *Aldabe v. Aldabe*, 616 F.2d 1089, 1091 (9th Cir. 1980) (notice of appeal is timely filed if received by the district court within the applicable period specified in Fed. R. App. P. 4).  Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**