# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 22, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Mei Wong, et al.
           v. Shemia Fagan, et al.
           No. 24-447
           (Your No. 24-77)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on August 26, 2024 and placed on the docket October 22, 2024 as No. 24-447.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Rashonda Garner
                                Case Analyst